McGREGOR W. SCOTT
United States Attorney
LESLIE MONAHAN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. S 08-0197 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING STATUS |
| MICHAEL CRAIG DENNIS | ) | CONFERENCE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY stipulated between the United States of America

through its undersigned counsel, Leslie Monahan, Special

Assistant United States Attorney, together with the defendant and

his counsel, Alexandria Carl, that the status conference

currently scheduled for Friday, December 5, 2008, be vacated and

a new status conference be scheduled on Friday, January 16, 2009.

It is further stipulated and agreed between the parties that

the time under the Speedy Trial Act should be excluded from

today's date to, January 16, 2009, under Local Code T4, Title 18,

United States Code, Section 3161 (h)(8)(B)(iv), to give the

1

1  defendant time to review the discovery and to adequately prepare;

2  the parties are awaiting the results of further investigation.

3

   Dated: December 4, 2008            Respectfully submitted,
4
                                      McGREGOR W. SCOTT
5                                     U.S. Attorney

6                                     /s/ Leslie Monahan

7                                     LESLIE MONAHAN
                                      Special Assistant U.S.Attorney
8

9  Dated: December 4, 2008            /s/ Alexandria Carl

10                                    ALEXANDRIA CARL
                                      Attorney for MICHAEL DENNIS
11

12

13                      [PROPOSED] ORDER

14

15     GOOD CAUSE APPEARING, the above requested calendaring

16 change, and stipulated exclusion of time pursuant to the Federal

17 Speedy Trial Act, are SO ORDERED.

18 Dated:  December 8, 2008

19

20  _____
    GARLAND E. BURRELL, JR.
21  United States District Judge

22

23

24

25

26

27

28

                                  2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28