1 LAWRENCE G. BROWN
  Acting United States Attorney
2 TODD D. LERAS
  Assistant U.S. Attorney
3 501 I Street, Suite 10-100
  Sacramento, California  95814
4 Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-08-0197 GEB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| MICHAEL CRAIG DENNIS, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between Plaintiff United States of America, by and through Acting United States Attorney Lawrence G. Brown and Assistant U.S. Attorney Todd D. Leras, and Attorney Alexandria Carl, Counsel for Defendant Michael Dennis, that the status conference scheduled for February 13, 2009, be continued to March 13, 2009, at 9:00 a.m.

   The request to continue the status conference is made on the ground that the parties are discussing potential resolution of the case.  In light of these discussions, both parties are requesting additional time for attorney preparation.  The government and defendant agree that an exclusion of time is

1

1 | appropriate under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4
2 | (reasonable time to prepare).
3 |     Alexandria Carl agrees to this request and has authorized
4 | Assistant United States Attorney Todd D. Leras to sign this
5 | stipulation on her behalf.
6 |
7 | DATED: February 11, 2009     By: /s/ Todd D. Leras
8 |                                             TODD D. LERAS
                                            Assistant U.S. Attorney
9 |
10 | DATED: February 11, 2009    By: /s/ Todd D. Leras for
                                            ALEXANDRIA CARL
11 |                                             Attorney for Defendant
12 |                                             MICHAEL DENNIS

1 **IT IS HEREBY ORDERED:**

2     1.   The status conference set for February 13, 2009, is
3 continued to March 13, 2009, at 9:00 a.m.
4     2.   Based on the stipulations and representations of the
5 parties, the Court finds that the ends of justice outweigh the
6 best interest of the public and defendant in a speedy trial.
7 Accordingly, time under the Speedy Trial Act shall be excluded
8 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (reasonable
9 time to prepare) up to and including March 13, 2009.

10     IT IS SO ORDERED.

11 Dated: February 13, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge