```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )   CR. S-08-0197 GEB
12            Plaintiff,         )
                                 )   STIPULATION AND [PROPOSED]
13                               )   ORDER CONTINUING STATUS
         v.                      )   CONFERENCE
14                               )
    MICHAEL CRAIG DENNIS,        )
15                               )
              Defendant.         )
16  _____ )
17
18       IT IS HEREBY STIPULATED by and between Plaintiff United
19  States of America, by and through Acting United States Attorney
20  Lawrence G. Brown and Assistant U.S. Attorney Todd D. Leras, and
21  Attorney Alexandria Carl, Counsel for Defendant Michael Dennis,
22  that the status conference scheduled for March 13, 2009, be
23  continued to April 10, 2009, at 9:00 a.m.
24       The request to continue the status conference is made on the
25  ground that the parties are discussing potential resolution of
26  the case.  In light of these discussions, both parties are
27  requesting additional time for attorney preparation.  The
28  government and defendant agree that an exclusion of time is
```

1

1 | appropriate under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4
2 | (reasonable time to prepare).

Alexandria Carl agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on her behalf.

DATED: March 11, 2009          By: /s/ Todd D. Leras
                                   TODD D. LERAS
                                   Assistant U.S. Attorney

DATED: March 11, 2009          By: /s/ Todd D. Leras for
                                   ALEXANDRIA CARL
                                   Attorney for Defendant
                                   MICHAEL DENNIS

**IT IS HEREBY ORDERED:**

1. The status conference set for March 13, 2009, is continued to April 10, 2009, at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including April 10, 2009.

IT IS SO ORDERED.

Dated: March 11, 2009

GARLAND E. BURRELL, JR.
United States District Judge