```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )  CR. S-08-0197 GEB
12           Plaintiff,          )
                                 )  STIPULATION AND [PROPOSED]
13                               )  ORDER CONTINUING STATUS
         v.                      )  CONFERENCE
14                               )
    MICHAEL CRAIG DENNIS,        )
15                               )
             Defendant.          )
16  _____)
17
```

18      IT IS HEREBY STIPULATED by and between Plaintiff United
19 States of America, by and through Acting United States Attorney
20 Lawrence G. Brown and Assistant U.S. Attorney Todd D. Leras, and
21 Attorney Alexandria Carl, Counsel for Defendant Michael Dennis,
22 that the status conference scheduled for April 17, 2009, be
23 continued to May 1, 2009, at 9:00 a.m.
24      The request to continue the status conference is made on the
25 ground that the parties are discussing potential resolution of
26 the case.  In light of these discussions, both parties are
27 requesting additional time for attorney preparation.  The
28 government and defendant agree that an exclusion of time is

appropriate under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare). This exclusion of time includes the period from April 10, 2009, up to and including May 1, 2009.

Alexandria Carl agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on her behalf.

DATED: April 14, 2009          By: /s/ Todd D. Leras
                                   TODD D. LERAS
                                   Assistant U.S. Attorney

DATED: April 14, 2009          By: /s/ Todd D. Leras for
                                   ALEXANDRIA CARL
                                   Attorney for Defendant
                                   MICHAEL DENNIS

**IT IS HEREBY ORDERED:**

1. The status conference set for April 17, 2009, is continued to May 1, 2009, at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (reasonable time to prepare) from April 10, 2009, up to and including May 1, 2009.

IT IS SO ORDERED.

Dated: April 15, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge