1  LAWRENCE G. BROWN
   Acting United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-08-0197 GEB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| MICHAEL CRAIG DENNIS, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between Plaintiff United States of America, by and through Acting United States Attorney Lawrence G. Brown and Assistant U.S. Attorney Todd D. Leras, and Attorney Alexandria Carl, Counsel for Defendant Michael Dennis, that the status conference scheduled for May 1, 2009, be continued to June 5, 2009, at 9:00 a.m.

   The request to continue the status conference is made on the ground that the parties are discussing potential resolution of the case.  In light of these discussions, both parties are requesting additional time for attorney preparation.  The government and defendant agree that an exclusion of time is

1

appropriate under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).

    Alexandria Carl agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on her behalf.

DATED: April 29, 2009        By: /s/ Todd D. Leras
                                       TODD D. LERAS
                                       Assistant U.S. Attorney

DATED: April 29, 2009        By: /s/ Todd D. Leras for
                                       ALEXANDRIA CARL
                                       Attorney for Defendant
                                       MICHAEL DENNIS

**IT IS HEREBY ORDERED:**

1. The status conference set for May 1, 2009, is continued to June 5, 2009, at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (reasonable time to prepare) from May 1, 2009, up to and including June 5, 2009.

IT IS SO ORDERED.

Dated: April 30, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge