```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>           Plaintiff,        )<br>                             )<br>                             )<br>      v.                     )<br>                             )<br>MICHAEL CRAIG DENNIS,        )<br>                             )<br>           Defendant.        )<br>_____) | CR. S-08-0197 GEB<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>CONFERENCE |

    IT IS HEREBY STIPULATED by and between Plaintiff United States of America, by and through Acting United States Attorney Lawrence G. Brown and Assistant U.S. Attorney Todd D. Leras, and Attorney Alexandria Carl, Counsel for Defendant Michael Dennis, that the status conference scheduled for June 5, 2009, be continued to July 10, 2009, at 9:00 a.m.

    The request to continue the status conference is made on the ground that defense counsel has requested additional discovery in the case.  The government is gathering the requested information. The defense will need additional time to review the materials.

Order Continuing
Status Conference                1

1  In light of these discussions, both parties are requesting
2  additional time for attorney preparation.  The government and
3  defendant agree that an exclusion of time is appropriate under 18
4  U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to
5  prepare). This exclusion of time includes the period from June 5,
6  2009, up to and including July 10, 2009.
7       Alexandria Carl agrees to this request and has authorized
8  Assistant United States Attorney Todd D. Leras to sign this
9  stipulation on her behalf.

11 DATED: June 3, 2009         By: /s/ Todd D. Leras
                                   TODD D. LERAS
12                                 Assistant U.S. Attorney

14 DATED: June 3, 2009         By: /s/ Todd D. Leras for
                                   ALEXANDRIA CARL
15                                 Attorney for Defendant
                                   MICHAEL DENNIS

Order Continuing
Status Conference              2

**IT IS HEREBY ORDERED**:

1. The status conference set for June 5, 2009, is continued to July 10, 2009, at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (reasonable time to prepare) from June 5, 2009, up to and including July 10, 2009.

IT IS SO ORDERED.

Dated: June 8, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Order Continuing
Status Conference