LAWRENCE G. BROWN
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL CRAIG DENNIS,<br><br>            Defendant. | CR. S-08-0197 GEB<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE |

   IT IS HEREBY STIPULATED by and between Plaintiff United States of America, by and through United States Attorney Lawrence G. Brown and Assistant U.S. Attorney Todd D. Leras, and Attorney Alexandria Carl, Counsel for Defendant Michael Dennis, that the status conference scheduled for November 6, 2009, be continued to November 20, at 9:00 a.m.

   The request to continue the status conference is made on the ground that the government is preparing to discover to defense counsel additional reports related to the government's ongoing post-indictment investigation.  Counsel needs time to assess and review the additional material and determine its impact on

1

potential strategy if the case proceeds to trial.  Both parties are requesting additional time for attorney preparation.  The government and defendant agree that an exclusion of time is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare). This exclusion of time includes the period from November 6, 2009, up to and including November 20, 2009.

    Alexandria Carl agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on her behalf.

DATED: November 4, 2009        By: /s/ Todd D. Leras
                                         TODD D. LERAS
                                         Assistant U.S. Attorney

DATED: November 4, 2009        By: /s/ Todd D. Leras for
                                         ALEXANDRIA CARL
                                         Attorney for Defendant
                                         MICHAEL DENNIS

**IT IS HEREBY ORDERED:**

1. The status conference set for November 6, 2009, is continued to November 20, 2009, at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) from November 6, 2009, up to and including November 20, 2009.

IT IS SO ORDERED.

Dated: November 5, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge