BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-08-0197 GEB |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| MICHAEL CRAIG DENNIS, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Hugh Anthony Levine, Counsel for Defendant Michael Dennis, that the status conference scheduled for November 12, 2010, be continued to January 14, 2011, at 9:00 a.m.

The request to continue the status conference is made on the ground that the parties are working toward resolution of the case and the additional time is need to complete investigation into matters related to potential settlement.  In light of this additional investigation, both parties are requesting additional time for attorney preparation.  The government and defendant

1

1 agree that an exclusion of time is appropriate under 18 U.S.C.
2 § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).
3 This exclusion of time includes the period from November 12,
4 2010, up to and including January 14, 2011.
5     Hugh Anthony Levine agrees to this request and has
6 authorized Assistant United States Attorney Todd D. Leras to sign
7 this stipulation on his behalf.

DATED: November 10, 2010        By: /s/ Todd D. Leras
                                    TODD D. LERAS
                                    Assistant U.S. Attorney

DATED: November 10, 2010        By: /s/ Todd D. Leras for
                                    HUGH ANTHONY LEVINE
                                    Attorney for Defendant
                                    MICHAEL DENNIS

**IT IS HEREBY ORDERED:**

1. The status conference set for November 12, 2010, is continued to January 14, 2011, at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) from November 12, 2010, up to and including January 14, 2011.

IT IS SO ORDERED.

Dated: November 10, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge