```
1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-08-0197 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| MICHAEL CRAIG DENNIS, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Hugh Anthony Levine, Counsel for Defendant Michael Dennis, that the status conference scheduled for January 14, 2011, be continued to February 18, 2011, at 9:00 a.m.

The request to continue the status conference is made for the following reasons: (1) the parties believe settlement of the case is likely to occur on February 18; (2) the additional time is needed to complete investigation into matters related to potential settlement; and (3) the time is needed for both parties to finalize the terms of a plea agreement. For these reasons

1

both parties are requesting additional time for attorney preparation.  The government and defendant agree that an exclusion of time is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare). This exclusion of time includes the period from January 14, 2011, up to and including February 18, 2011.

   Hugh Anthony Levine agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf.

DATED: January 12, 2011        By: /s/ Todd D. Leras
                                   TODD D. LERAS
                                   Assistant U.S. Attorney

DATED: January 12, 2011        By: /s/ Todd D. Leras for
                                   HUGH ANTHONY LEVINE
                                   Attorney for Defendant
                                   MICHAEL DENNIS

**IT IS HEREBY ORDERED:**

1. The status conference set for January 14, 2011, is continued to February 18, 2011, at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) from January 14, 2011 up to and including February 18, 2011.

IT IS SO ORDERED.

Dated:  January 12, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge