Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
JIMMIE PERRYMAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL CRAIG DENNIS, et al.,<br><br>Defendants. | No. 2:08-CR-0197 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd D. Leras, Assistant United States Attorney, attorney for plaintiff; Hugh Levine, attorney for defendant Michael Dennis; and Michael E. Hansen, attorney for defendant Jimmie Perryman, that the previously-scheduled status conference date of February 18, 2011, be vacated and the matter set for status conference on March 18, 2011.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, counsel and the defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through March 18, 2011, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to

/ / / / /

/ / / / /

/ / / / /

1

**Stipulation and [Proposed] Order to Continue Status Conference**

1  Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 [reasonable time for defense
2  counsel to prepare].
3  Dated:  February 16, 2011                    Respectfully submitted,
4
5                                               /s/ Michael E. Hansen
                                                MICHAEL E. HANSEN
                                                Attorney for Defendant
6                                               JIMMIE PERRYMAN
7
8  Dated:  February 16, 2011                    /s/ Michael E. Hansen for
                                                HUGH LEVINE
                                                Attorney for Defendant
9                                               MICHAEL DENNIS
10
11 Dated:  February 16, 2011                    U.S. ATTORNEY'S OFFICE
12                                              By:  /s/ Michael E. Hansen for
                                                TODD LERAS
13                                              Assistant U.S. Attorney
                                                Attorney for Plaintiff
14
15
16                                    **ORDER**
17       IT IS HEREBY ORDERED that the previously-scheduled status conference date of
18 February 18, 2011, be vacated and the matter set for status conference on March 18, 2011.
19 Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),
20 and Local Code T4.
21      **Date:  2/18/2011**
22
23                                        _____
                                          GARLAND E. BURRELL, JR.
24                                        United States District Judge

**Stipulation and [Proposed] Order to Continue Status Conference**