HUGH ANTHONY LEVINE (CABN 69857)
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 732-6101
Facsimile: (415) 255-7264
Email: halesq@ix.netcom.com

Attorney for Defendant DENNIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:08-CR-0197 GEB |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| vs. | ) TO CONTINUE SENTENCING HEARING. |
| MICHAEL CRAIG DENNIS, | ) |
| Defendant. | ) |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd D. Leras, Assistant United States Attorney for plaintiff, and Hugh Anthony Levine for defendant, that the previously-scheduled sentencing hearing date of July 22, 2011 be vacated and the matter rescheduled for sentencing hearing on October 7, 2011 at 9:00 a.m.

    This continuance is requested because the parties require additional time in which to develop and present pertinent information to the Court bearing upon the defendant's sentence in this

**Stipulation and [Proposed] Order**                    1

matter.  The defendant already having entered a guilty plea, no Speedy Trial Act considerations will be implicated by continuing the sentencing hearing as requested.  Further, the parties have ascertained that the assigned Probation Officer will be available on the date requested.

Dated:  July 18, 2011                    /s/*Hugh Anthony Levine*
                                         HUGH ANTHONY LEVINE
                                         Attorney for Defendant

Dated:  July 18, 2011                    /s/*Todd D. Leras*
                                         TODD D. LERAS
                                         Assistant U.S. Attorney

**ORDER**

   IT IS HEREBY ORDERED that the previously-scheduled sentencing hearing date of July 22, 2011 be vacated and the matter set for sentencing hearing on October 7, 2011, at 9:00 a.m.

DATED: July 20, 2011                     _____
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge

**Stipulation and [Proposed] Order**                2