BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-08-0197 GEB |
| Plaintiff, | |
| | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING AND MODIFYING PRE-SENTENCE REPORT DISCLOSURE SCHEDULE |
| v. | |
| MICHAEL CRAIG DENNIS, | |
| Defendant. | DATE: October 7, 2011 |
| | TIME: 9:00 a.m. |
| | COURT: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Hugh Anthony Levine, Counsel for Defendant Michael Dennis, that the sentencing hearing date of October 7, 2011, be continued to December 2, 2011, at 9:00 a.m.

The request to continue the sentencing hearing is made on the ground that the parties require additional time to develop and present pertinent information bearing upon defendant's sentence.  Defendant has previously entered a guilty plea. Continuing the sentencing hearing therefore has no bearing on

time considerations under the Speedy Trial Act.  The parties have consulted with the assigned United States Probation Officer to confirm her availability on the requested date.

The parties agree to the following schedule for the disclosure of pre-sentence report, which has been approved by the assigned probation officer:

| | |
|---|---|
| Proposed PSR to Counsel: | Completed |
| Counsel's Written Objections to Probation | Completed |
| Pre-Sentence Report Filed with Court | November 3 |
| Motions for Correction to PSR | November 10 |
| Reply or Statement of Non-Opposition | November 18 |

Hugh Anthony Levine agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf.

DATED: October 4, 2011      By: /s/ Todd D. Leras
                                TODD D. LERAS
                                Assistant U.S. Attorney

DATED: October 4, 2011      By: /s/ Todd D. Leras for
                                HUGH ANTHONY LEVINE
                                Attorney for Defendant
                                MICHAEL DENNIS

**IT IS HEREBY ORDERED:**

1. The sentencing hearing set for October 7, 2011, is continued to December 2, 2011, at 9:00 a.m.

2. The schedule for disclosure of the pre-sentence report is modified as set forth in the stipulation of the parties.

IT IS SO ORDERED.

Dated: October 20, 2011

GARLAND E. BURRELL, JR.
United States District Judge