UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL CRAIG DENNIS,<br><br>        Defendant. | No.  2:08-cr-00197<br><br><br>ORDER |

Defendant filed an "Ex Part Application" on April 29, 2013, in which he seeks an order

> directing the United States Probation Office to conduct a supplemental interview of Defendant . . . for the purpose of preparing an Addendum to [his] Presentence Investigation Report . . . limited to the issue of the nature and extent of [his] substance abuse prior to sentencing and his amenability to treatment while incarcerated.

(Def.'s Ex Parte Appl. 1:21-2:1, ECF No. 151.)

The government shall file a written response to Defendant's Ex Parte Application no later than September 23, 2013. Defendant may file a written reply to the government's response no later than September 30, 2013.

Dated:  September 10, 2013

                                              GARLAND E. BURRELL, JR.
                                              Senior United States District Judge