UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>MICHAEL CRAIG DENNIS,<br><br>             Defendant. | No. 2:08-cr-00197-GEB<br><br>**ORDER** |

Defendant filed an "Ex Part Application" on April 29, 2013, in which he seeks an order

> directing the United States Probation Office to conduct a supplemental interview of Defendant . . . for the purpose of preparing an Addendum to [his] Presentence Investigation Report . . . limited to the issue of the nature and extent of [his] substance abuse prior to sentencing and his amenability to treatment while incarcerated.

(Def.'s Ex Parte Appl. 1:21-2:1, ECF No. 151.)

The government was requested to file a written response to Defendant's Ex Parte Application, (Order, ECF No. 164), and the government filed a response on September 19, 2013. (Gov't Statement of Non-Opp'n, ECF No. 167.) The government states in its response:

> the government has no opposition to the Court approving the proposed Order submitted by Defendant. The proposed order authorizes the

1

>               Probation Department to conduct a telephonic suitability interview of Defendant for the RDAP at Lompoc USP. The government reserves the right to oppose or otherwise respond to the United States Probation Department's post-telephonic interview recommendation.

(Id. at 2:1-7.)

Defendant was sentenced in this action on October 5, 2012, and the Judgment and Commitment was filed on October 19, 2012. In light of the prescribed procedures for ensuring the accuracy of presentence reports and authority the sentencing judge has to modify a sentence after judgment is imposed, the Court questions whether it has jurisdiction to modify the presentence report at this time. Since it has not been shown that the Court has authority to grant Defendant's request, or that the Court should exercise any discretionary authority it has to order the relief Defendant seeks, Defendant's Ex Parte Application is denied.

Dated: September 26, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

2